UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON L. JONES, | No. 2:22-cv-02203 DB P |
| Plaintiff, | |
| v. | ORDER AND |
| SCOTT R. JONES, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

By order filed July 6, 2023, the court dismissed plaintiff's complaint and granted thirty days leave to file an amended complaint. The time period granted has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district judge to this case.

In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  August 29, 2023

DLB7
jone2203.fta.fr

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2