UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON L. JONES, | No. 2:22-cv-02203 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 29, 2023 (ECF No. 8), the magistrate judge filed findings and recommendations herein, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

////

1

1. The findings and recommendations filed August 29, 2023 (ECF No. 8), are adopted in full;

2. This action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

Dated:  September 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB7
jone2203.800

2